# Attachment to Bankruptcy Petition for Shaye Kraus

**1) Attachment to Part 5 (Form 101) Reason for Credit Counseling Agency meeting delay;**

November 27, 2017

Due to my job, I'm hardly available to leave my workplace and accomplish outside errands. I've mentioned it to my boss and my goal is to find an opportunity to work on stabilizing my financial situation and return to solvency through outside assistance, financial help and counseling services.

I hope to succeed scheduling an appointment with a credit counseling agency shortly, which will hopefully guide me towards a better future.

Sincerely;

*[signature]*

Shaye Kraus

---

**2) Partial list of Creditors (Others to Follow);**

Rushmore Loan Management

15480 Laguna Canyon Road

Irvine, CA 92618

█████████████

888-699-5600